UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SUZANNE SINCLAIR and
LOUIS SINCLAIR

CIVIL NO. 01-703 (DSD/JMM)

Plaintiffs,

ORDER

v.

UNITED STATES OF AMERICA and
WOMEN'S HEALTH CARE ASSOCIATES, P.A.

Defendants.

The above matter came on for hearing before the undersigned on October 24, 2001 upon Plaintiffs' Motion to Amend Complaint [Docket No. 13]. Wendy Zeller, Esq. appeared on behalf of Plaintiffs; Mary Trippler, Esq. Assistant U.S. Attorney appeared on behalf of Defendant United States of America; Cecilie Loidolt, Esq. appeared on behalf of Defendant Women's Health Care Associates, P.A.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiffs' Motion To Amend Complaint [Docket No. 13] is granted for the reasons stated on the record. On or before October 31, 2001, Plaintiffs shall cause the Amended Complaint to be served and filed.

Dated: October 24, 2001

JOHN M. MASON
United States Magistrate Judge

FILED OCT 24 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________