UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Suzanne and Louis Sinclair,

Plaintiffs,

v.

United States of America, and Women's Healthcare Associates, P.A., and Deborah O. Haney, R.N.,

Defendants.

Court File No. 01 - CV - 703 (DSD/SRN)

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER FOR DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that as to defendant Women's Healthcare Associates, P.A., that the above-entitled action may be, and the same hereby is, dismissed with prejudice and on the merits, but without further costs to any of the parties hereto.

IT IS FURTHER STIPULATED AND AGREED that any party, without notice to another, may cause judgment of dismissal with prejudice and on the merits to be entered herein.

Dated: 1/7/03

Wendy Zeller

John F. Eisberg (#26219)
Wendy J. Zeller (#0289048)
**ROBINS, KAPLAN, MILLER & CIRESI**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8753

*Attorneys for Plaintiffs*

FILED 1-24-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 1-24-03
DEPUTY CLERK

Dated: 1/17/03

Rick Lind, Esq. (#63381)
LIND, JENSEN, SULLIVAN & PETERSON, P.A.
150 South Fifth Street, Suite 1700
Minneapolis, MN 55402
Telephone: 612-333-3637

*Attorneys for Defendant*
*Deborah O. Haney, R.N.*

Dated: 1/22/03

Cecilie Morris Loidolt (#233006)
MEAGHER & GEER, P.L.L.P.
Suite 4200
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661

*Attorneys for Defendant Women's*
*Health Care Associates, P.A.*

\1011924.1

**ORDER FOR DISMISSAL**

Based upon the foregoing Stipulation for Dismissal with Prejudice, it is hereby ordered that the clerk of this court shall enter forthwith judgment dismissing defendant Women's Health Care Associates, P.A., from the above-entitled action, with prejudice, without costs and disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

~~Honorable Franklin L. Noel~~

Dated this 4th day of January 2002.