**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Suzanne Sinclair and Louis Sinclair,**

**Plaintiffs,**

**v.**

**United States of America, Women's Health Care Associates, P.A. and Deborah O Haney, R.N.**

**Defendants.**

**Civil No. 01-703 DSD/SRN**

**ORDER OF RECUSAL**

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

DATED: June 20, 2002

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

(31)

FILED JUN 20 2002
Richard D. Sletten, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Proceedings include events between 6/20/02 and 6/20/02.
0:01cv703 Sinclair, et al v. USA, et al REFER

6/20/02 31 ORDER OF RECUSAL (Magistrate Judge Susan R. Nelson) Case referred to Magistrate Judge Franklin L. Noel (4:02 AD 145) 1pg(s) (cc: all counsel) 1pg (jr) [Entry date 06/21/02]