# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Suzanne and Louis Sinclair

Case No. Civil 01-703 DSD/SRN

v.

**JUDGMENT IN A CIVIL CASE**

United States of America, and Women's Healthcare Associates, PA and Deborah O. Haney, R.N.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** pursuant to the Stipulation for Dismissal with prejudice, it is ordered that the clerk of this court shall enter forthwith judgment dismissing defendant Women's Health Care Associates, P.A. from the above entitled action, with prejudice, without costs and disubrsement to any party.

DATE: January 24, 2003

RICHARD D. SLETTEN, CLERK

G. Schneider

Gloria J. Schneider, Deputy Clerk

39